Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**
VA 2-164-408

**Effective Date of Registration:**
July 19, 2019



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: March 24, 2018 to November 05, 2018

## Title

| | |
|---|---|
| **Title of Group:** | 2018 Published Images David LaChapelle |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | Brentwood 180324-01, |
| **Published:** | March 2018 |
| • **Individual Photographs:** | Travis Scott Day 1 180524-01B, Travis Scott Day 2 180524-01C, Travis Scott Day 3 180524-01D, Travis Scott Night 180524-02B, |
| **Published:** | May 2018 |
| • **Individual Photographs:** | KKW with Pink Sculpture 181005-08, |
| **Published:** | October 2018 |
| • **Individual Photographs:** | Rocketman 181105-01, |
| **Published:** | November 2018 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | March 24, 2018 |
| **Latest Publication Date in Group:** | November 05, 2018 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | David E LaChapelle |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

Copyright Claimant: David E LaChapelle
PO Box 6917, Portland, OR, 97228, United States

## Rights and Permissions

Organization Name: David LaChapelle Studio Inc
Name: Ghretta Hynd
Email: ghynd@davidlachapelle.com
Telephone: (503)206-6770
Address: PO Box 6917
Portland, OR 97228 United States

## Certification

Name: Ghretta Hynd
Date: July 19, 2019

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesler*

United States Register of Copyrights and Director



Registration Number
**VA 2-156-953**

Effective Date of Registration:
June 11, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 19, 2001 to December 11, 2001

**Title** _____

| | |
|---|---|
| Title of Group: | 2001 Published Images David LaChapelle |
| Number of Photographs in Group: | 82 |
| • Individual Photographs: | Hillary Clinton: Century 21 010119-3, Kirsten Dunst: Bell Jar 010120-2, Kirsten Dunst: It's Not You, It's Me 010120-5, Kirsten Dunst Mirror 010120-1, Kirsten Dunst Umbrella 010120-3, Robert Downey, Jr. Candles 010126-3, Robert Downey, Jr. Swing 010126-2, Robert Downey Jr.: Vertigo 010126-1, |
| Published: | January 2001 |
| • Individual Photographs: | Liv Tyler: Fanning Fame & Beauty 010202-6, Liv Tyler On Ceiling 010202-1, Liv Tyler On Chairs 010202-2, Liv Tyler Purple Fan 010202-4, Liv Tyler Purple Fan 2 010202-3, Liv Tyler Silver Fan 010202-7, |
| Published: | February 2001 |
| • Individual Photographs: | Anna Nicole Smith: Airplane 010309-3, Anna Nicole Smith: One Flew Over the Cuckoo's Nest 010309-4, Anna Nicole Smith: Rich Girl, Poor Girl 010309-2, Angelina Jolie & Billy Bob Thorton: Intimacy Documented 010316-6, Angelina Jolie: Black Sheep 010316-8, Angelina Jolie Black Sheep 2 010316-10, Angelina Jolie Grass 010316-3, Angelina Jolie Grass 2 010316-2, Angelina Jolie Grass 3 010316-11, Angelina Jolie Thumb 010316-4, Angelina Jolie Horse 010316-14, Angelina Jolie: With Horse in Meadow 010316-12, Angelina Jolie: Horseplay 010316-5, Angelina Jolie: Lusty Spring 010316-7, Angelina Jolie: Portrait 010316-9, Angelina Jolie: Secret Touching 010316-13, Pamela Anderson Exiting Plane 010325-1, Pamela Anderson: Faster, Faster, I'm Almost There 010325-7, Pamela Anderson Flag 010325-4, Pamela Anderson Group 010325-5, Pamela Anderson Paparazzi 010325-8, Pamela Anderson Plane 010325-3, Pamela Anderson Purple Car 010325-9, Iceberg II (Pamela Anderson), Pamela Anderson: Voluptuous Attentions 010325-6, Pamela Anderson Yellow Car 010325-11, |
| Published: | March 2001 |
| • Individual Photographs: | Bjork Close Up 010401-1, Bjork Close Up 2 010401-2, Bjork Fishnet 010401-4, Bjork with Flute and Dragon 010401-9, Bjork: Most Uncommon 010401-7, Bjork: Swan Song 010401-6, Bjork in Swan Sweater 010401-5, Bjork: Visible Virtues 010401-3, |
| Published: | April 2001 |
| • Individual Photographs: | Mariah Carey Bikini 010514-1, Mariah Carey 010514-7, Mariah Carey Flags |

| | | |
|---|---|---|
| | | 010514-2, Mariah Carey Gold Shorts 010514-4, Mariah Carey Gold Shorts 010514-3, Mariah Carey In Car 010514-5, Mariah Carey Kitty 010514-6, Mariah Carey Trophy 010514-8, |
| | Published: | May 2001 |
| • | Individual Photographs: | Mariah Carey Brick Wall 010609-2, Mariah Carey I Heart NY 010609-1, Mariah Carey Roof 010609-3, |
| | Published: | June 2001 |
| • | Individual Photographs: | Jeff Koons: Sandwich 010702-3, Benedikt and Angelika Taschen: At Home at Chemosphere House 010708-1, Red Hot Chili Peppers: In Pink, Venice Beach 010730-1, |
| | Published: | July 2001 |
| • | Individual Photographs: | Amanda Lepore: Mirror Image 010806-2, Amanda Lepore: Useless Fame 010806-8, Housewarming 010806-3, Pamela Anderson Hollywood Nights 010806-6, Pamela Anderson: Secret Garden 010806-5, |
| | Published: | August 2001 |
| • | Individual Photographs: | Alicia Keys Halo 010907-3, Alicia Keys Halo 2 010907-2, Alicia Keys Hat 010907-1, |
| | Published: | September 2001 |
| • | Individual Photographs: | Elizabeth Taylor: Act Up 020219-2, Justin Timberlake as Elton John Sitting 011116-2, Justin Timberlake as Elton John Standing 011116-3, No Doubt Bar 011128-3, No Doubt Diner 011128-2, No Doubt Ocean 011128-1, |
| | Published: | November 2001 |
| • | Individual Photographs: | Breakfast of Champions 011201-2, Death By Hamburger 011201-1, The Rock: The Bull 011206-1, David and Amanda 011208-10, Elton John Mary J Blige Shirley Manson Microphone 011211-1, Elton John Mary J Blige Shirley Manson Piano 011211-2, |
| | Published: | December 2001 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2001 |
| Earliest Publication Date in Group: | January 19, 2001 |
| Latest Publication Date in Group: | December 11, 2001 |
| Nation of First Publication: | United States |

## Author

| | |
|---|---|
| • Author: | David E LaChapelle |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | David E LaChapelle<br>PO Box 6917, Portland, OR, 97228, United States |

## Rights and Permissions

    **Organization Name:** David LaChapelle Studio Inc
    **Name:** Ghretta Hynd
    **Email:** ghynd@davidlachapelle.com
    **Telephone:** (503)206-6770
    **Address:** PO Box 6917
    Portland, OR 97228 United States

## Certification

    **Name:** Ghretta Hynd
    **Date:** June 11, 2019

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



